## COMMISSIONER OF INTERNAL REVENUE v. Coral L. NOBLE.

### No. 2784.

Circuit Court of Appeals, Tenth Circuit.

Feb. 8, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

K. H. Lott, of Okmulgee, Okl., for respondent.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment affirmed pursuant to stipulation.

## COMMISSIONER OF INTERNAL REVENUE, petitioner, v. SANTA EULALIA MINING COMPANY, a Corporation, Respondent.

### No. 10648.

Circuit Court of Appeals, Ninth Circuit.

April 5, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., for petitioner.

Nathan Moran, of San Francisco, Cal., for respondent.

Before GARRECHT, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner for dismissal of petition to review, 2 T.C. 241, counsel for respondent consenting thereto, and good cause therefor appearing, it is ordered that the motion be and hereby is granted, that a judgment of dismissal be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

## ESTATE of Alice B. DAVIS, Robert L. Davis, Executor, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

### No. 9683.

Circuit Court of Appeals, Sixth Circuit.

April 18, 1944.

Raymond H. Berry, of Detroit, Mich., for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, Ralph F. Staubly, Robert N. Anderson, and Robert Koerner, all of Washington, D. C., for respondent.

Before HICKS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and oral arguments of counsel, and on consideration thereof, it is ordered and adjudged that the decision of the Tax Court entered on April 2, 1943, be and the same is affirmed upon the grounds and for the reasons set forth in the "Memorandum Findings of Fact and Opinion" of the Tax Court filed on January 25, 1943.